IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-0700-WJM

EVA GUADALUPE KHALING,

    Plaintiff,

v.

ANDREW M. SAUL, Commissioner of the Social Security Administration,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Vacating Decision of Administrative Law Judge [ECF 20] entered by Judge William J. Martínez on March 17, 2020, it is hereby

ORDERED that the Commission's decision is VACATED and this case is REMANDED for rehearing.

DATED at Denver, Colorado this 17th day of March, 2020.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By:   s/ A. Frank
                         Anna Frank
                         Deputy Clerk